JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL L. REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE, et al.,<br><br>　　　　　Defendants. | Case No. 8:20-cv-01345-JFW-AFM<br><br>**JUDGMENT** |

　　　IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: July 29, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE